

# SPECTOR ROSEMAN
# KODROFF & WILLIS PC

Direct E-Mail:
jkodroff@srkw-law.com

May 10, 2013

**FILED**

MAY 1 0 2013

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

<u>VIA HAND DELIVERY</u>
Michael E. Kunz, Clerk of Court
United States District Court
Eastern District of Pennsylvania
U. S. Courthouse
601 Market St., Room 2609
Philadelphia, PA 19106

RE: *Meridian Health Plan of Michigan, Inc. v. Reckitt Benckiser Group plc, et al.*
<u>No. 13-1594-MSG</u>

Dear Mr. Kunz:

We represent plaintiff in the above-captioned matter and respectfully request your assistance with serving a foreign defendant, Reckitt Benckiser Group plc, with process in accordance with Federal Rule of Civil Procedure 4(f)(2)(c)(ii) which applies to foreign corporations pursuant to rule 4(h)(2).

We respectfully request that you serve Reckitt Benckiser Group plc with a copy of the enclosed Complaint and Summons by mail in a manner that requires a signed receipt. The mailing should be addressed as follows:

> Managing and/or General Agent
> Reckitt Benckiser Group plc
> 103-105 Bath Road
> Slough
> Berkshire
> SL1 3UH
> United Kingdom

Please supply us with the cost of postage and any related fees which will be promptly pre-paid by check. Thank you for your kind assistance and please do not hesitate to contact this office if you need any further information.

Respectfully,
SPECTOR ROSEMAN KODROFF & WILLIS, P.C.

*/s/ Jeffrey L. Kodroff*

Encls.

Philadelphia | Washington

1818 Market Street | Suite 2500 | Philadelphia, PA 19103 | T: 215 496 0300 | F: 215 496 6611 | srkw-law.com
Affiliated Offices Worldwide

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MERIDIAN PLAN OF MICHIGAN, INC., individually and on behalf of all others similarly situated,<br>　　　　Plaintiff,<br><br>v.<br><br>RECKITT BENCKISER GROUP PLC AND RECKITT BENCKISER PHARMACEUTICALS, INC.,<br>　　　　Defendants. | COMPLAINT – CLASS ACTION<br><br>DEMAND FOR JURY TRIAL |

### AFFIDAVIT OF JEFFREY J. KODROFF IN SUPPORT OF REQUEST FOR CLERK TO SERVE RECKITT BENCKISER GROUP PLC

Jeffrey L. Kodroff, being duly sworn according to law, deposes and says as follows:

1. Spector Roseman Kodroff & Willis, P.C., Milberg LLP and Wexler Wallace LLP represent Plaintiff, Meridian Plan of Michigan, Inc., in the above-captioned matter and have requested that the Clerk of the Court serve Defendant, Reckitt Benckiser Group plc, with process pursuant to Federal Rules of Civil Procedure 4(f)(2)(C)(ii) and 4(h)(2).

2. After a review of the relevant case law and the Department of State's website, www.travel.state.gov, I have concluded that a British entity may be served with process by mail.

3. The foregoing statements are true to the best of my knowledge, information and belief and are made subject to the penalty of perjury.

DATED: May 10, 2013

_____
Jeffrey L. Kodroff

Sworn to and subscribed before me this
10th day of May, 2013

_Joyce A. Magee_
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Joyce A. Magee - Notary Public
City of Philadelphia, Philadelphia County
MY COMMISSION EXPIRES JUNE 23, 2013