# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MERIDIAN HEALTH PLAN OF MICHIGAN, INC.

VS.                                              Civil Action No. 13-1594

RECKITT BENCKISER GROUP PLC, et al.,

    I, Carl Hauger, Deputy Clerk for the United States District Court for the Eastern District of Pennsylvania, hereby certify that on 5/13/2013 I caused to be mailed a copy of the complaint and summons upon RECKITT BENCKISER GROUP PLC, by registered mail, return receipt requested.

_____
Deputy Clerk

Sworn and Subscribed
before me this 13th
day of May

_____
Deputy Clerk