AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | |
|---|---|
| MERIDIAN PLAN OF MICHIGAN, INC., individually and on behalf of all others similarly situated<br>*Plaintiff*<br><br>v.<br><br>RECKITT BENCKISER GROUP PLC and RECKITT BENCKISER PHARMACEUTICALS, INC.<br>*Defendant* | Civil Action No. 13-1594 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

RECKITT BENCKISER PHARMACEUTICALS, INC.
10710 MIDLOTHIAN TURNPIKE, SUITE 430
RICHMOND, VA  23235

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
JOHN A. MACORETTA, ESQ.
SPECTOR ROSEMAN KODROFF & WILLIS, PC
1818 MARKET ST., STE. 2500
PHILADELPHIA, PA  19103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/27/13

_____
PATRICIA A. JONES, Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)
Civil Action No.   13-1594

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Reckitt Benckiser Pharmaceuticals Inc

was received by me on *(date)* 5/6/13.

☑ I personally served the summons on the individual at *(place)* 10710 Midlothian Tnpk Ste 430 Richmond, VA 23235 on *(date)* 5/6/13 4:27pm ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: Served Angela Goodrich

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: 5/6/13

*Server's signature*

Jon Simon
*Printed name and title*

BEST LEGAL SERVICES, INC.
1617 J.F.K. BLVD. S. #1045
PHILADELPHIA, PA 19103
*Server's address*

5/9/13 [signature]

[Notary seal: CHRISTINA BLAIR, NOTARY PUBLIC, REG # 287778, MY COMMISSION EXPIRES 03/31/2016, COMMONWEALTH OF VIRGINIA]

Additional information regarding attempted service, etc: